# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MELISSA PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0210-CG-N |
| | ) |
| COLUMBIA SOUTHERN | ) |
| UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a joint stipulation of dismissal (Doc. 20), all claims in this action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs.

**DONE and ORDERED** this 24th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE